UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO L. BORJA, et. al.,
                                 Plaintiffs,

                -against-

FELIDIA RESTAURANT, INC., et al.,

                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2019

19 Civ. 1397 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 14, 2019, the parties filed their joint letter, settlement agreement and a contemporaneous attorneys' billing record (Dkt. No. 26); it is thereby

      **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that Plaintiffs' counsel's request for $3, 333.33 as attorneys' fees and $400 in costs is **GRANTED** as reasonable.

      The Second Circuit directs the district courts to determine appropriate attorneys' fees by finding a reasonable hourly rate for the attorneys' work and finding the reasonable number of hours required by a given case. *See, e.g.*, *Stanczyk v. City of New York*, 752 F.3d 273, 284-85 (2d Cir. 2014); *Millea v. Metro-N. R. Co.*, 658 F.3d 154, 166–67 (2d Cir. 2011). "The Court's analysis is guided by the market rate prevailing in the community for similar services by lawyers

of reasonably comparable skill, experience and reputation." *Rodriguez-Hernandez v. K Bread & Co., Inc.*, No. 15 Civ. 6848, 2017 WL 2266874, at *5 (S.D.N.Y. May 23, 2017) (citation omitted).

Courts in this District have consistently found that "the reasonable hourly billing rate for partners in wage-and-hour cases is between $300 and $400 per hour and the reasonable hourly billing rate for mid-level associates is approximately $200 per hour." *McGreevy v. Life Alert Emergency Response, Inc.*, No. 15 Civ. 7457, 2017 WL 1534452, at *7 (S.D.N.Y. Apr. 28, 2017) (collecting cases). As the Managing Member of Michael Faillace & Associates, P.C., a reasonable hourly billing rate for Mr. Faillace is $400 per hour, and a reasonable billing rate for Mr. Barton is $200. *See Marquez v. Erenler, Inc.*, No. 12 Civ. 8580, 2014 WL 5847441, at *2-3 (S.D.N.Y. Nov. 10, 2014) (collecting cases and awarding a reduced amount of $400 per hour for Mr. Faillace and $200 per hour for associate with four years of experience). The lodestar calculation based on these billing rates is $2940. The $3,333.33 fees and costs award represents a 1.13 multiplier and is 33.33% of the settlement. "In this Circuit, courts typically approve attorneys' fees that range between 30 and 33 1/3 %." *Rodriguez-Hernandez*, 2017 WL 2266874, at *5; *see also Amaro v. Barbuto, LLC*, No. 16 Civ. 1581, 2017 WL 476730, at *4 (S.D.N.Y. Feb. 2, 2017). Also, "[c]ourts regularly award lodestar multipliers of up to eight times the lodestar, and in some cases, even higher multipliers." *Azogue v. 16 for 8 Hosp. LLC*, No. 13 Civ. 7899, 2016 WL 4411422, at *7 (S.D.N.Y. Aug. 19, 2016). The fee is therefore approved as reasonable.

The Clerk of Court is respectfully directed to close this case.

Dated: June 25, 2019
      New York, New York

2

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**